UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVERAND ALICIA HINSON CARPENTER,

Plaintiff,

-against-

CITY OF YONKERS, *et al.*,

Defendants.

**ORDER**

26-CV-01793 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 9, 2026, the Court issued an order directing plaintiff to, by June 16, 2026, either file proof of service indicating each defendant was served on before June 8, 2026, or show good cause in writing for the failure to comply with Fed. R. Civ. P. 4(m). (Doc. 7). That same day, an affidavit of service on defendant City of Yonkers was filed, indicating service was effectuated on June 3, 2026. (Doc. 6). Plaintiff did not file any affidavit of service indicating that service was effectuated on defendants Attorney Bisessi or Attorney Levinson and neither defendant has appeared in this case.

The Court *sua sponte* extends the time for plaintiff to prove that service was effectuated on Attorney Bisessi and Attorney Levinson, to June 25, 2026. Accordingly, the claims against Attorney Bisessi and Attorney Levinson will be dismissed unless plaintiff either: (i) files to the ECF docket proof of service, indicating these defendants were served on or before June 8, 2026; or (ii) shows good cause in writing for the failure to comply with Fed. R. Civ. P. 4(m).

SO ORDERED:

Dated: White Plains, New York
        June 18, 2026

_____
Philip M. Halpern
United States District Judge