MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL



CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT

> Application granted. The City's time to answer or otherwise file a pre-motion letter with respect to the complaint is extended to July 8, 2026.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           June 22, 2026

**VIA ECF**

Honorable Philip M. Halpern
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:    **Carpenter v. City of Yonkers, *et al*.  (1:26 CV 01793) (PMH)**
>           **Request for Extension of Deadline to File Motion to Dismiss**

Your Honor:

This office represents Defendants, the City of Yonkers ('City') and Michael Levinson ('Defendant Levinson'). Defendants request an extension of time to file a motion to dismiss.

The City was served on June 3, 2026 and, therefore, its deadline to file an Answer or Motion to Dismiss is June 24, 2026. Defendant Levinson is an attorney within the Office of the Corporation Counsel for the City of Yonkers. However, Plaintiff did not serve a Summons naming 'Michael Levinson' as required pursuant to Rule 4(a)(1)(B) of the Federal Rules of Civil Procedure. If the claims against Defendant Levinson are not dismissed pursuant to Your Honor's Order dated June 18, 2026 (*see* ECF Doc No. 8), then this office does intend to also assert personal jurisdiction defenses in its motion filing and, therefore, those defenses are not waived.

Accordingly, Defendants request additional time to prepare a motion to dismiss and that the deadline to file such motion be extended to **July 8, 2026**. This is the undersigned's first request for an extension of time.

Sincerely,

S/ *Dusan Lakic*

Dusan Lakic, Esq. (DL2015)
First Deputy Corporation Counsel
Office of the Corporation Counsel

1

City of Yonkers
40 South Broadway, Room 300
Yonkers, New York 10701
 E: dusan.lakic@yonkersny.gov
T: 914.377.6230

CC:    **<u>VIA U.S. MAIL</u>**
Alicia Hinson Carpenter (Plaintiff)
233 Woodworth Avenue
Yonkers, New York 10701