UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVERAND ALICIA HINSON
CARPENTER,

                    Plaintiff,

        -against-

CITY OF YONKERS, *et al.*,

                    Defendants.

**ORDER**

26-CV-01793 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 9, 2026, the Court directed plaintiff to prove that service had been effectuated on Attorney Bisessi and Attorney Levinson by June 8, 2026, in accordance with Fed. R. Civ. P. 4(m). (Doc. 7). On June 18, 2026, the Court *sua sponte* extended the time to June 25, 2026 for plaintiff to prove that service had been timely effectuated on Attorney Bisessi and Attorney Levinson. (Doc. 8). Plaintiff did not file any affidavit of service indicating that service was effectuated on defendants Attorney Bisessi or Attorney Levinson, nor has she shown good cause in writing for the failure to comply with Rule 4(m), and neither defendant has appeared in this case.

To date, plaintiff has failed to respond to the Court's June 9 and June 18, 2026 orders. Accordingly, plaintiff's claims against Attorney Bisessi and Attorney Levinson are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is respectfully directed to terminate Attorney Bisessi and Attorney Levinson as defendants in this action.

SO ORDERED:

Dated: White Plains, New York
        June 29, 2026

_____
Philip M. Halpern
United States District Judge